THE GARDNER MOTOR COMPANY, INC., Respondent, *v.* DRAEGER SHIPPING COMPANY, INC., Appellant.

(Argued January 24, 1933; decided February 28, 1933.)

*I. Maurice Wormser* and *William A. Marden* for appellant.

*Edward A. Alexander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.